606 A.2d 358

STATE OF NEW JERSEY, v. JESUS QUINTANA.

March 9, 1992.

Petition for certification is granted, and it is further

ORDERED that the matter is summarily remanded to the Law Division for resentencing in accordance with *State v. Dillihay*, 127 *N.J.* 42, 601 *A.*2d 1149 (1992).